[No. 30227-2-I.    Division One.    July 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE
RAY THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05038-1, Frank L. Sullivan, J., entered
March 3, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Agid, JJ.

[No. 30265-5-I.    Division One.    July 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE
RAY THOMAS, ET AL, *Defendants*, CASEY M. BARELA,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. No. 91-1-05039-9, Frank L. Sullivan, J., entered
February 28, 1992. *Affirmed* by unpublished opinion per
Webster, C.J., concurred in by Scholfield and Agid, JJ.

[No. 15935-0-II.    Division Two.    July 13, 1994.]

GERALD E. WALLACE, *Appellant*, v. THE DEPARTMENT
OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-2-08993-6, Karen L. Strombom, J., entered
April 3, 1992. *Affirmed* by unpublished opinion per Morgan,
C.J., concurred in by Alexander and Seinfeld, JJ.

[Nos. 16051-0-II; 16052-8-II.    Division Two.    July 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHANIE
RAE HAMILTON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN
JAMES IRISH, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 91-1-02979-4, 91-1-02978-6, Frederick B. Hayes,